IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DOWE PARISH, # 220185, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv623-ID |
| ) | |
| WILLIE THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On September 24, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the case is DISMISSED without prejudice.

Done this the 16th day of October, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE